UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JAIME HUGHES, MARY CORONADO, AUDREY MILLS, VIRGINIA CARDOZA, KAREN DELUCCHI, JOLENE GIBSON, BARBARA HEDRICK, SUZANNE HENNING, WILL JOHNSON, LINDA MAGER, MARIA MACIAS, CARL MORROW, CANDICE PRICE, VIRGINIA RUIZ, CARMEN SIMMONS, TREASA TREDWELL, MARINA TORRES, SHEILA WALL, LORIE WEISS and KATHI LYNN CORONADO, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>CITY OF STOCKTON and DOES 1 through 100, in their individual capacities, <br><br>　　　　Defendants. | NO. CIV. S 03-0166 MCE DAD <br><br><br><br>ORDER |

----oo0oo----

The Court's Final Pretrial Order of May 17, 2005 provided that the issue of liability and damages in this case will be bifurcated and tried separately.  Defendant City of Stockton now objects to that portion of the Final Pretrial Order and asks the

1

Court to permit a single trial.  Defendant argues that because questions of liability and damage are intertwined, judicial efficiency is promoted by determining both issues in a single proceeding.

Federal Rule of Civil Procedure 42(b) allows bifurcation "in furtherance of convenience or to avoid prejudice, or when separate trials will be conducive to expedition and economy." Whether to bifurcate a trial into liability and damages phases is committed to the sound discretion of the trial court (<u>Union Carbide v. Montell N.V.</u>, 28 F. Supp. 2d 833, 837 (S.D.N.Y. 1998)), and the court's decision in that regard may be disturbed only upon a showing of clear abuse.  <u>Alexander v. Fulton County, Ga.</u>, 207 F.3d 1303, 1325 (11th Cir. 2000).

Defendant's objection is overruled.  Following further reflection, and after carefully considering the parties' arguments, the Court continues to find that bifurcation is appropriate in this case.  Assessing the threshold liability question of whether Defendant's method in compensating overtime was proper should be determined before issues pertaining to the individual damage claims asserted by the twenty (20) different Plaintiffs are even considered.

IT IS SO ORDERED.

DATED: May 27, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE