UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JAIME HUGHES, MARY CORONADO,
AUDREY MILLS, VIRGINIA
CARDOZA, KAREN DELUCCHI,
JOLENE GIBSON, BARBARA
HEDRICK, SUZANNE HENNING, WILL
JOHNSON, LINDA MAGER, MARIA
MACIAS, CARL MORROW, CANDICE
PRICE, VIRGINIA RUIZ, CARMEN
SIMMONS, TREASA TREDWELL,
MARINA TORRES, SHEILA WALL,
LORIE WEISS and KATHI LYNN
CORONADO,

                                  NO. CIV. S 03-0166 MCE DAD

        Plaintiffs,

    v.                       ORDER

CITY OF STOCKTON and DOES 1
through 100, in their
individual capacities,

        Defendants.

----oo0oo----

1

1

2     Through this motion, Plaintiffs seeks Judgment as a Matter

3  of Law ("JMOL") under Federal Rule of Civil Procedure[1] 50(b).[2]

4     JMOL is proper only if "the evidence, construed in the light

5  most favorable to the nonmoving party, permits only one

6  reasonable conclusion, and that conclusion is contrary to that of

7  the jury." White v. Ford Motor Co., 312 F.3d 998, 1010 (9th Cir.

8  2002).  To justify relief through JMOL, there must be a "complete

9  absence of probative facts to support ... [the] conclusion

10  reached so that no reasonable juror could have found for ...

11  [the] nonmoving party." Eich v. Board of Regents for Central

12  Missouri State Univ., 350 F.3d 752, 761 (8th Cir. 2003).  JMOL

13  should not be granted unless there is an overwhelming amount of

14  evidence in favor of the Plaintiffs as moving parties, and fair

15  minded persons could not have arrived at a verdict against them.

16  See Meloff v. New York Life Ins. Co., 240 F.3d 138, 145 (2d Cir.

17  2001); Strickland Tower Maintenance, Inc. v. American Tel & Tel.

18  Comm., Inc., 128 F.3d 1422, 1426 (10th Cir. 1997).  In assessing

19  the propriety of JMOL, the Court may not make credibility

20  determinations or weigh the evidence.  City Solutions, Inc. v.

21  Clear Channel Communications, 365 F.3d 835, 841 (9th Cir. 2004).

22     The circumstances of the instant case do not approach these

23  rigorous criteria, and do not justify the extraordinary relief

24  _____

25     [1]All further references to "Rule" or "Rules" are to the
   Federal Rules of Civil Procedure unless otherwise noted.
26

27     [2]Plaintiffs' counsel previously moved for JMOL under 50(a).
   That motion, which was denied, was a prerequisite for bringing
   the present Rule 50(b) motion.  Janes v. Wal-Mart Stores, Inc.,
28  279 F.3d 883, 886-87 (9th Cir. 2002).

1   represented by JMOL.  First, despite Plaintiffs' apparent

2   assertion to the contrary, the standard outlined above makes it

3   clear that the Court cannot reweigh the evidence offered at

4   trial.  The fact that evidence was presented, from which the jury

5   could have based its verdict, is enough to uphold the verdict in

6   the face of a requested JMOL.   Here, the jury heard evidence

7   that pursuant to a November 2000 agreement between labor unions

8   representing Plaintiffs and Defendant City of Stockton, regularly

9   scheduled overtime pay was folded into Plaintiffs' base salary.

10  The jury also received evidence that Plaintiff's would have

11  received a 23.7 percent increase in their base salary were

12  overtime not so included, as well as evidence that Plaintiffs'

13  salaries after the 2000 agreement were in fact more than they had

14  been prior to the agreement, when overtime had been expressly

15  reflected in their pay calculations.  Given that evidence, the

16  Court cannot conclude, as it must to justify JMOL, that no

17  reasonable jury could have found in favor of the City of

18  Stockton.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

3

1    Plaintiffs' Motion for Judgment as a Matter of Law is

2    accordingly DENIED.[3]

3        IT IS SO ORDERED.

4

5    DATED: October 3, 2005

6

7                                    _____
                                     MORRISON C. ENGLAND, JR
8                                    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    [3]Because oral argument would not be of material assistance,
      this matter was deemed suitable for decision without oral
28    argument.  E.D. Local Rule 78-230(h).

                                  4